**Luther JENKINS, IV, Plaintiff–Appellant,**

v.

**W.F. DALIUS, Warden; D. Fondren, Captain; Eduardo Camacho, Captain; Lieutenant Dodson, Sis; Mr. Gigliotti, Kitchen Supervisor, Defendants–Appellees.**

No. 03–6935.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 22, 2003.

Luther Jenkins, IV, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Luther Jenkins, IV, appeals the district court's order denying relief on his *Bivens**\* complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Jenkins v. Dalius,* No. CA–03–271–5 H (E.D.N.C. filed May 13, 2003 & entered May 14, 2003). We dispense with oral

---

\* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*